**No. 43884.**—Protest 889336-G of Yee Wo & Co. (San Francisco).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 43885.**—Protests 838769-G, etc., of I. F. Roncallo et al. (New York).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43886.**—Protests 764340-G, etc., of International Clearing House of New York et al. (Philadelphia).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43887.**—Protests 782068-G, etc., of Wessel, Duval Co., Inc. (Charleston).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43888.**—Protests 995398-G, etc., of Ampol, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.